UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HUBERT R. FISHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CV-102 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| DR. FRANCES HARVEY, Secretary of the ) | |
| Army, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons stated in the accompanying memorandum, the Court **DENIES** Defendant's motion for summary judgment (Court File No. 67)

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**